**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1844**

---

LINDA SYDNOR,

Plaintiff - Appellant,

versus

STATE DEPARTMENT OF EDUCATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CA-95-580-K)

---

Submitted:  December 19, 1996       Decided:  December 30, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Linda Sydnor, Appellant Pro Se.  Valerie Valenti Cloutier, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the employer's motion for summary judgment in Appellant's action filed pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12117 (1994), the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791-794 (1994), and MD. ANN. CODE art. 49B, §§ 7, 16 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Appellant failed to establish a prima facie case of discrimination. Accordingly, we affirm. See Ennis v. National Ass'n of Bus. & Educ. Radio, 53 F.3d 55, 58 (4th Cir. 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2